# Exhibit B



| Please return signed contract to:<br>Ronn Breaux<br>Top Step Consulting, LLC<br>1 Galleria Blvd, Suite 1900<br>Metairie, LA, 70001<br>rbreaux@topstepconsulting.com | | |
|---|---|---|

## STATEMENT OF WORK #2

THIS STATEMENT OF WORK #2 ("Statement of Work") is made as of this November 16, 2022 (the "Effective Date") by and between Top Step Consulting ("Top Step"), a Louisiana corporation with offices at 1 Galleria Blvd, Suite 1900, Metairie, LA 70001, USA, and AML RightSource ("Client") with offices at 1300 E 9th St Suite 200, , Cleveland, Ohio 44114. This Statement of Work is governed by and incorporates the terms and conditions in the Master Services Agreement dated August 9, 2022 ("MSA") between Top Step and Client.

WHEREAS, Client wishes to engage Top Step, and Top Step has agreed to perform certain consulting services ("Service(s)") for Client;

THEREFORE, the parties agree:

ARTICLE 1 - ACTIVITIES/SERVICES

1) Project Description.  Top Step will perform the Services identified in Exhibit 1 to this Statement of Work.
2) Fee.   Client shall pay Top Step for the Services to be performed as set forth below in this SOW.
    a) OpenAir Services:

    Client shall pay Top Step for the services in the attached Exhibit.

3) Project Duration.  Services under this Statement of Work will begin December 10, 2022 and end on March 31, 2023.



## CONSULTING AGREEMENT

IN WITNESS WHEREOF, authorized representatives of the parties have entered into this Statement of Work as of the Effective Date.

| For: | AML RightSource, LLC | For: | Top Step Consulting, LLC |
|---|---|---|---|
| By: | *(signature)* | By: | *Ronn Breaux* (DocuSigned by: B9059229362246A...) |
| Name: | Cory Skinner | Name: | Ronn Breaux |
| Title: | Chief Operating Officer | Title: | CEO |
| Date: | 12.15.22 | Date: | 12/16/2022 |



# CONSULTING AGREEMENT

### EXHIBIT #1
### TO
### STATEMENT OF WORK #2

**Scope of Work**

OpenAir deployments are most successful when a proven methodology is applied. Below are the stages of the Top Step's methodology used in many implementations, refined with each deployment to pass along the best practices from lessons learned.

Top Step Methodology

- Business Requirements Workshop with Requirements Document - **COMPLETED**
- System Configuration
- System Validation and UAT
- Data collection and migration
- Training
- Production Readiness/Go-live
- Go-live support and System Stabilization

**Requirements Workshop - COMPLETED**

The Process Workshop provides a base understanding of your current business model. We focus on how you want to run the business before we recommend OpenAir configurations and usage. Areas to concentrate on include:

- Resource Management
- Current reports used within the organization

The key to successful system usage is knowing what needs to be handled within your business; therefore, we work with you to gather detailed reporting needs and processes in place.

Attendance by the decision makers of the company provides a dynamic atmosphere for process impact discussions as well as system configuration. The process workshop is anticipated to be a series of 2-hour remote working session with key system administrator and management personnel.

**Preparation requirements for the Workshop by AML RightSource:**

- Business process knowledge of today and desired.



## CONSULTING AGREEMENT

- Reports (or spreadsheets) used to manage the business (operations, finance, etc.)
- Information desired to get out of OpenAir to complete management activities

**Deliverable:** Business Requirements documentation, Project plan with milestone dates - **COMPLETED**

**System Configuration**

The OpenAir system provides multiple configurable modules, in addition to an Account personalization module and online Help module. The Process Workshop will focus on the Resource module and main usage of this Resource module in your daily processes.

In addition, Top Step will assist AML RightSource to move to the latest UI in order to benefit from new Resource module features.

A key component to ensuring successful configuration is reporting needs from OpenAir and report definition. This is handled in conjunction with the module configuration.

**Integration Design/Implementation**

Top Step Consulting will work with AML RightSource to identify the information exchange at a process level as part of the process workshop. As different organizations tend to own data entry in each system, it is important to understand who is responsible for information exchanges, what is needed, and when is the information required.

AML RightSource needs OpenAir to integrate with NetSuite ERP customer and Top Step will work with AML RightSource to identify the information exchange at a process level as part of the process workshop between NetSuite OpenAir and NetSuite ERP.

The following data flows will be included in the integration:

- NetSuite ERP customers, projects, and users to OpenAir customers/projects - STANDARD
- NetSuite employees, vendors to OpenAir – STANDARD
- NetSuite Resource Requests to OpenAir Resource Demand requests – CUSTOM
- OpenAir Allocations to NetSuite Allocations - CUSTOM

The standard integrations will utilize standard OpenAir NetSuite connector for exchanging data between the two systems. The custom integration will utilize either API or flat file exchange to export data from NetSuite to OpenAir.

DocuSign Envelope ID: 3290A3B9-07CF-4BCD-AEEA-3E54E3793BE3



# CONSULTING AGREEMENT

In addition, AML RightSource uses Workday to manage employees, costs, leave & payroll. A flat file exchange is needed to export Workday employee data to OpenAir when updates are made. Additionally, OpenAir hours data needed for payroll will require a flat file exchange with Paycom.

As different organizations tend to own data entry in each system, it is important to understand who is responsible for information exchanges, what is needed, and when is the information required. Best practices and experience will be leveraged by Top Step in designing an efficient data flow and implementing an integration in which critical data is available in each system to support reporting and day to day company management.

**Deliverable:** Integration data flow diagram and design document.

**Customizations**

Customizations of OpenAir requiring non-standard functionality are the following:

1. Create generic resources from inactive users
2. Store "Last Client" data on generic resources
3. Generate email to confirmed generic resources to alert of newly confirmed allocations

**System Validation and User Acceptance Testing (UAT)**

Once the system is configured per the defined business processes and specific features identified in the detailed design sessions, a trial run or system validation testing activity is recommended to walk through realistic system use scenarios. The benefit of this walkthrough is to work-through any cumbersome business processes or refine feature/field permissions based on types of resources to ensure compliance to business processes.

A short set of test cases will be defined by AML RightSource with input from Top Step using the business processes as a driver but also identifying typical types of engagements with AML RightSource. The testers role-play their operation roles and contribute feedback for final refinement before go-live activities.

Testing can be conducted in a variety of ways. Top Step recommends a joint testing training session with AML RightSource to maximize testing success.

Top Step will lead up to two end to end UAT sessions (2 hours each), however additional client UAT sessions, independent of Top Step, are encouraged.



## CONSULTING AGREEMENT

**Data Collection and Migration**

After ensuring the system is configured to AML RightSource specifications per the process workshop and detailed design, the type and amount of historical and current data to load into the system is identified.

**Assumption for this project are as follows:**

- AML RightSource is responsible for data integrity, prior to Top Step loading into OpenAir.
- A partial load of data will support UAT testing. A full data load for production go live will be loaded.
- Data load will include the following:
    - Resource schedules (bookings) - Flat File Upload
    - Clients, projects, users - NetSuite integration

Additional data loads will require discussion between Top Step and AML RightSource to determine scope and assess impact on timeline and increase in estimate or cost.

**Training**

Top Step will execute services necessary for a train-the-trainer approach. Top Step will support the development of training materials. If Top Step involvement is needed to support or conduct full end user training, this will require additional budget, to be scoped and agreed upon with AML RightSource.

Training the trainer primarily takes place through UAT sessions, both guided and independent on behalf of the trainer or administrator. Top Step will provide tip sheets for resource managers as part of training support

**Go-live**

A coordinated production cut-over of system configuration changes is recommended to ensure adequate communication and avoid confusion regarding the system stability. Top Step Consulting will perform support in this activity as requested while AML RightSource is the primary driver due the knowledge required to accept production data reviews.

The entire deployment methodology can be completed in an approximate timeframe of 6-12 weeks. User adoption will be an ongoing measurement recommended to be performed via audit reports and user feedback forums owned by the Administrator(s) identified as part of the roles/responsibilities of system users.

**Post go-live support**



## CONSULTING AGREEMENT

At such time as mutually agreed upon by both parties, AML RightSource will have the option to transition to an On Demand Services model under Top Step's Virtual Administration service offering at a negotiated rate of $190 per hour.

**Deliverables**

Top Step Consulting will provide the following work products as part of the engagement.

- Configured OpenAir system
- Integration mapping documentation
- Basic System Test plan
- Training Tip Sheets

**Assumptions**

- Top Step Consulting will be granted direct access to the AML RightSource OpenAir and NetSuite platforms.

**Schedule and Price**

**Schedule**

A 6 - 12 week timeframe is anticipated to complete the entire deployment of OpenAir's Resource Module. Extensions to this timeframe may result in increased cost to the project.

**Pricing**

Top Step business consulting efforts are offered at a discounted $190/hr and estimated as a T&M. Effort below should not be considered to be a cap or fixed effort, only an estimate based on initial conversations. However, Top Step shall not invoice AML RightSource more than $44,840.00 under this SOW without the prior written approval of Cory Skinner, Chief Operating Officer.

| Description - Phase 2 | Effort (hrs) | Pricing |
|---|---|---|
| Configuration of OpenAir RDR | 8 | |
| Integration with NetSuite Employees, Clients, Projects, and Users (Standard) | 8 | |
| Integration with NetSuite Request form (Custom) | 24 | |



## CONSULTING AGREEMENT

| | | |
|---|---|---|
| Integration of OA allocations to NS | 24 | |
| Script to convert inactive Users to Generic resources | 16 | |
| Script to send emails when new allocations are Confirmed | 8 | |
| Script to store "Prior Client" on generic records | 8 | |
| Script to create/update Ramp up/Ramp down records for reporting | 32 | |
| System Validation with Prep | 32 | |
| Data Collection/Migration | 16 | |
| Production Readiness | 16 | |
| Go-live support | 16 | |
| Project Management | 20 | |
| Training Support | | |
| • Resource Management | 8 | |
| **Total Effort** | **236** | **$44,840.00** |

**Travel**

No travel is expected for this SOW.