# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| AML RIGHTSOURCE, LLC, | CASE NO. 1:23-cv-02013 |
| Plaintiff, | JUDGE: |
| v. | |
| TOP STEP CONSULTING, LLC, | PLAINTIFF AML RIGHTSOURCE, LLC'S FRCP 7.1 AND L.R. 3.13 CORPORATE DISCLOSURE STATEMENT |
| Defendant. | |

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Rule 3.2 of the Northern District of Ohio's Local Rules, Plaintiff AML RightSource, LLC, by and through undersigned counsel, states:

AML RightSource, LLC is an Ohio limited liability company whose sole member is Gabriel Partners, LLC.

Gabriel Partners, LLC is an Ohio limited liability company whose sole member is RightSource Holdings, Inc.

RightSource Holdings, Inc. is incorporated in Delaware. Its principal place of business is in Cleveland, Ohio. There is no publicly held corporation owning more than 10% of RightSource Holdings, Inc.'s stock.

Dated: October 13, 2023          Respectfully submitted,

/s/ *James J. Walsh*
James J. Walsh
**BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP**
127 Public Square, Suite 4900
Cleveland, Ohio 44114-2378
Telephone: 216.363.4500
Email: jwalsh@beneschlaw.com

Kate Watson Moss (IL 6321176) (*pro hac vice* application forthcoming)
**BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP**
71 South Wacker Drive, Suite 1600
Chicago, IL 60606
Telephone: (312) 212-4949
Email: kmoss@beneschlaw.com

*Attorneys for Plaintiff AML RightSource, LLC*