**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | |
|---|---|
| **AML RIGHTSOURCE, LLC,** ) | CASE NO. 1:23-CV-02013 |
| ) | |
| Plaintiff, ) | JUDGE: HON. J. PHILIP CALABRESE |
| ) | |
| vs. ) | |
| ) | |
| **TOP STEP CONSULTING, LLC,** ) | |
| ) | |
| Defendant. ) | |
| ) | |
| ) | |

**MOTION FOR ADMISSION PRO HAC VICE OF KATHLEEN WATSON MOSS**

In accordance with Local Rule 83.5(h), AML RightSource, LLC ("AML"), by and through its undersigned attorney, James J. Walsh, Jr. of Benesch, Friedlander, Coplan & Aronoff LLP, respectfully moves this Court for admission *pro hac vice* of Kathleen Watson Moss, permitting her to practice before this Court in the above-captioned case on AML's behalf and to admit her as one of the attorneys of record on the Court's docket.

Ms. Watson Moss is an Associate in the law firm of Benesch, Friedlander, Coplan & Aronoff LLP, 71 S. Wacker Drive, Suite 1600, Chicago, Illinois 60606. Ms. Watson Moss is admitted to practice and is in good standing in the State of Illinois, and the United States District Court for the Northern District of Illinois. *See* Certificates of Good Standing attached here as **EXHIBIT A**. No disciplinary actions are pending against Ms. Watson Moss. *See* Declaration of Kathleen Watson Moss attached here as **EXHIBIT B**.

Accordingly, the undersigned respectfully requests that the Court issue an Order granting Ms. Watson Moss admission to practice *pro hac vice* in this Court throughout the pendency of the above-captioned matter.

2

Date: October 17, 2023.                        Respectfully submitted,


                                               /s/ James J. Walsh Jr.
                                               James J. Walsh, Jr. (Ohio Bar. No. 0096660)
                                               **BENESCH, FRIEDLANDER, COPLAN &**
                                                 **ARONOFF LLP**
                                               200 Public Square, Suite 2300
                                               Cleveland, Ohio 44114-2378
                                               Telephone:  216.363.4500
                                               Facsimile:  216.363.4588
                                               Email: jwalsh@beneschlaw.com


                                               *Attorneys for Plaintiff AML RightSource, LLC*

2

## CERTIFICATE OF SERVICE

I hereby certify that on October 17, 2023, a copy of the foregoing *Motion for Admission Pro Hac Vice of Kathleen Watson Moss* was filed electronically.  Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt.  Parties may access this filing through the Court's system.  There are no parties requiring service by other means.

/s/ James J. Walsh Jr.
James J. Walsh, Jr. (Ohio No. 0096660)
**BENESCH, FRIEDLANDER,
COPLAN & ARONOFF LLP**
200 Public Square, Suite 2300
Cleveland, Ohio 44114
Telephone:  (216) 363-4500
Facsimile:  (216) 363-4588
E-Mail:  jwalsh@beneschlaw.com

*One of the Attorneys for Plaintiff AML RightSource, LLC*