**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| AML RIGHTSOURCE, LLC, | ) | CASE NO. 1:23-CV-02013-JPC |
| | ) | |
| Plaintiff, | ) | JUDGE J. PHILIP CALABRESE |
| | ) | |
| vs. | ) | |
| | ) | |
| TOP STEP CONSULTING, LLC, | ) | |
| | ) | |
| Defendant. | ) | |

**DISMISSAL OF ALL CLAIMS WITH PREJUDICE**

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Plaintiff AML RightSource,

LLC hereby voluntarily dismisses with prejudice all claims asserted against Defendant, Top Step

Consulting, LLC, with each party to bear its own costs.

Dated: January 9, 2024

Respectfully submitted,

/s/ Kate Watson Moss
James J. Walsh, Jr. (0096660)
**BENESCH, FRIEDLANDER,**
**COPLAN & ARONOFF LLP**
127 Public Square, Suite 4900
Cleveland, Ohio 44114
Telephone: (216) 363-4441
Fax: (216) 363-4588
Email: jwalsh@beneschlaw.com

Kate Watson Moss (*pro hac vice*)
**BENESCH, FRIEDLANDER,**
**COPLAN & ARONOFF LLP**
71 South Wacker Drive, Suite 1600
Chicago, IL 60606
Telephone: (312) 212-4949
Fax: (312) 767-9192
Email: kwatsonmoss@beneschlaw.com

*Attorneys for Plaintiff AML RightSource,*
*LLC*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that a copy of the foregoing was filed electronically with the Court's Case Management / Electronic Case Files (CM/ECF) docketing system on January 9, 2024. Notice of this filing will be served on Top Step's counsel electronically and via U.S. Mail at the following address:

Jeffrey H. Traynham
Sui Generis Law, LLC
3212 Oak Park Ln.
Kissimmee, Florida 34746
jeff@suigenerislaw.com

*/s/ Kate Watson Moss*

*One of the Attorneys for Plaintiff AML RightSource, LLC*